**Order entered April 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00506-CV

### IN RE ROBERT WAYNE MITCHELL, Relator

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F08-00433**

## ORDER

Before Justices Moseley, Fillmore, and Evans

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     ROBERT M. FILLMORE
          JUSTICE